UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :       Mag. No. 13-6753 (JAD)
                              :
            v.                :
                              :       <u>CONTINUANCE ORDER</u>
                              :
MATTHEW CRISAFI               :

    This matter having been opened to the Court by the United States (Paul J. Fishman, United States Attorney, by Dennis Carletta, Assistant U.S. Attorney, appearing), and defendant Matthew Crisafi (John Yauch, Esq. appearing) for an Order granting a continuance of the proceedings in the above-captioned matter for the period of 60 days, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his initial appearance, pursuant to Title 18, United States Code, Section 3161(b), and the additional right to have the matter submitted for trial within 70 days of the filing of an indictment, pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having waived such rights, and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1.    The parties have concluded negotiations and the Defendant has signed a plea agreement. The parties require additional time in order to schedule a plea hearing with the Court. Successful resolution of these negotiations would render the presentation of this matter to a jury for trial unnecessary.

2. Defendant has consented to the proposed continuance. The defendant consented to the entry of prior continuance Orders on December 4, 2013, January 30, 2014, and March 21, 2014, respectively.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this ___ day of April 2014,

ORDERED that the proceedings scheduled in the above-captioned matter are continued for the period of April 25, 2014, through June 25, 2014, and

IT IS FURTHER ORDERED that the period of April 25, 2014, through June 25, 2014, shall be excludable in computing time under the Speedy Trial Act of 1974.

                    HON. JOSEPH A. DICKSON
                    United States Magistrate Judge

Consented and Agreed to by:

_____
Dennis C. Carletta, Esq.
Assistant U.S. Attorney


_____
John Yauch, Esq.
Counsel for Defendant Matthew Crisafi

2. Defendant has consented to the proposed continuance. The defendant consented to the entry of prior continuance Orders on December 4, 2013, January 30, 2014, and March 21, 2014, respectively.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 1st day of May 2014,

ORDERED that the proceedings scheduled in the above-captioned matter are continued for the period of April 25, 2014, through June 25, 2014, and

IT IS FURTHER ORDERED that the period of April 25, 2014, through June 25, 2014, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. JOSEPH A. DICKSON
United States Magistrate Judge

Consented and Agreed to by:

_____
Dennis C. Carletta, Esq.
Assistant U.S. Attorney

_____
John Yauch, Esq.
Counsel for Defendant Matthew Crisafi